1 | SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
2 | kslaught@seyfarth.com
560 Mission Street, 31st Floor
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

Attorneys for Defendant
MSH INTERNATIONAL (CANADA) LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R & R SURGICAL INSTITUTE, an unincorporated association,<br><br>  Plaintiff,<br><br>  v.<br><br>MSH International (Canada) Ltd., a Canadian foreign corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.: 2:24-CV-08987-SPG-AGR<br><br>**PROOF OF SERVICE**<br><br>Action Filed: September 19, 2024<br><br>Complaint Served: September 19, 2024 |

PROOF OF SERVICE

# PROOF OF SERVICE

I am over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, 31st Floor, San Francisco, California 94105. On October 22, 2024, I served the within document(s):

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES [DKT 5];**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM [DKT 6]; and**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [DKT 7]**

**STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES [DKT 8]**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

Bruce Dizenfeld, Esq.
bdizenfeld@tocounsel.com
Adam G. Wentland, Esq.
awentland@tocounsel.com
Rosa A. Shirley, Esq.
rshirley@tocounsel.com
THEODORA ORINGHER PC
535 Anton Blvd., Ninth Floor
Costa Mesa, CA 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

*Attorney for Plaintiff* R & R SURGICAL INSTITUTE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 22, 2024, at San Francisco, California.

_____
Mayela E. McArthur